388 P.3d 52

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Gregory Fowler HAAS, Defendant–
Appellant**

**NO. CAAP–15–0000906**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 31, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE THIRD CIRCUIT (CR. NO. 12–1–
002K)

## SUMMARY DISPOSITION ORDER

Affirm.

388 P.3d 52

**Debra LEITE–HULAMA,
Claimant/Appellant/Appellant**

v.

**CHILD AND FAMILY SERVICES,
Employer/Appellee/Appellee,**

and

**Hawaii Employers' Mutual Insurance
Company, Insurance Carrier/Ap-
pellee/Appellee**

**NO. CAAP–15–0000551**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 2, 2016.

APPEAL FROM THE LABOR AND IN-
DUSTRIAL RELATIONS APPEALS
BOARD (CASE NO. AB 2014–156(H) (DCD
NO. 1–08–00585))

## SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 52

**Jaimes Demarco and Cheryl DEMARCO,
Plaintiffs–Appellants,**

v.

**MAUI BEACH RESORT LIMITED
PARTNERSHIP, a Delaware limited
partnership; Northwest Maui Corpora-
tion, a Delaware corporation; Fidelity
National Title & Escrow of Hawaii, a
Hawai'i corporation; Title Guaranty Es-
crow Services, Inc., a Hawai'i corpora-
tion, Defendants–Appellees,**

and

**DOES 1–10, inclusive, Defendants**

**NOS. CAAP–15–0000907
CAAP–15–0000588**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 10, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 10–
1–1315)

## MEMORANDUM OPINION

Affirmed.